473 A.2d 674

Commonwealth v. Weaver, Appellant.

Submitted

January 3, 1984. Robert F. Pappano, Assistant Public Defender, for appellant; Ann Aschauer Osborne, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and DEL SOLE and HESTER, JJ.

Judgment of sentence affirmed.